1  STEVEN M. WOODSIDE #58684
   County Counsel
2  ANNE L. KECK #136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Fax: (707) 565-2624
   akeck@sonoma-county.org
6
   Attorneys for Defendant
7  The County of Sonoma

8

9                     UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 DAVID TAYLOR,                         No.   CV-09-2841 THE

12      Plaintiff,
                                         STIPULATION TO FILE AMENDED
13 v.                                    COMPLAINT, EXTEND TIME TO FILE
                                         RESPONSE, AND MODIFY ORDER
14 COUNTY OF SONOMA, and DOES 1          SETTING INITIAL CASE
   through 50, inclusive,                MANAGEMENT CONFERENCE
15                                       DEADLINES; [PROPOSED] ORDER
        Defendants.
16 _____/

17      The parties to this action hereby agree and stipulate, and request the Court to enter an

18 order for good cause, as follows.

19                                    RECITALS

20      A.      Plaintiff David Taylor ("Plaintiff") filed his Complaint for Damages in this

21 action on June 25, 2009, and served it on Defendant the County of Sonoma ("Defendant")

22 via a Notice of Lawsuit and Request for Waiver of Service of Summons served on July 23,

23 2009.

24      B.      Pursuant to the Rules of Federal Procedure, Rule 12(a)(1)(A)(ii), Defendant's

25 response to the Complaint is due to be filed on September 21, 2009.

26      C.      Upon the filing of this action, this Court entered its Order Setting Initial Case

27 Management Conference and ADR Deadlines (the "CMC Order"), setting certain dates

28

1  herein, including the filing of the Rule 26(f) report due on September 28, 2009, and the initial
2  case management conference to be held on October 5, 2009.

3      D.    Defendant has provided information and discovery to Plaintiff in connection
4  with Defendant's Initial Disclosures, served on September 15, 2009, which demonstrate that
5  certain factual allegations made in the Complaint are incorrect.

6      E.    Counsel for the parties have engaged in discussions to determine how best to
7  proceed in this case in the most efficient and effective manner, and require additional time to
8  review and discuss the relevant issues than allotted under the Federal Rules of Civil
9  Procedure and this Court's CMC Order.

10      F.    To obviate the need for filing multiple stipulations and requests for extension
11  of time herein, the parties agree to request the Court to modify the current deadlines as set
12  forth below.

13  <center>STIPULATION</center>

14  1.  Plaintiff may file an amended complaint in this action no later than **October
15      19, 2009**, unless otherwise specifically authorized by the Court.
16  2.  Defendant's response to the initial complaint, or any amended complaint filed
17      herein, shall be filed no later than **November 2, 2009.**
18  3.  The last day to file the Rule 26(f) Report, complete initial disclosures or state
19      objection in Rule 26(f) Report, and file Case Management Statement shall be
20      **November 9, 2009.**
21  4.  The Initial Case Management Conference (CMC) shall be held on **November
22      16, 2009**, in Courtroom 12, 19th Floor, at 1:30 p.m.

23  IT IS SO STIPULATED.
24  ///
25  ///
26  ///
27  ///
28  ///

| | |
|---|---|
| Dated: September 21, 2009 | STEVEN M. WOODSIDE, County Counsel |
| | By: /s/ Anne L. Keck<br>ANNE L. KECK<br>Deputy County Counsel<br>Attorneys for Defendant<br>The County of Sonoma |
| Dated: September 21, 2009 | TEAL, MONTGOMERY & HENDERSON |
| | By: /s/ Steven P. Reiner<br>Steven P. Reiner<br>Attorneys for Plaintiff<br>David Taylor |

\*   \*   \*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Date: 09/22/09   _____
Honorable Thelton E. Henderson
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*