**TEAL MONTGOMERY & HENDERSON**
STEVEN O. TEAL   (Bar No. 58454)
MICHAEL S. HENDERSON   (Bar No. 175608)
STEVEN P. REINER (Bar No. 252971)
sreiner@teallaw.com
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

ATTORNEYS FOR PLAINTIFF

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAYLOR,<br><br>              Plaintiff,<br><br>       vs.<br><br>COUNTY OF SONOMA, and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. CV-09-2841 TEH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above captioned action with prejudice.

DATED:  October 13, 2009                                         TEAL MONTGOMERY & HENDERSON


                                                                 By:    /s/ Steven P. Reiner
                                                                        STEVEN P. REINER
                                                                        Attorney for Plaintiff
                                                                        sreiner@teallaw.com

10/15/09

*IT IS SO ORDERED*
Judge Thelton E. Henderson